**FILED**
FEB 1 6 2001
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u> )<br>DENNIS J. WYMAN, M.D., et al., )<br>                                                        )<br>        Plaintiff,                          )<br>                                                        )<br>v.                                                     )<br>                                                        )<br>HEALTHTRUST, INC., et al.,       )<br>                                                        )<br>        Defendants.                     )<br>_____) | Case No. 99-3310 (RCL)<br>(Part of 99-MS-432 (RCL)) |

## ORDER

On February 14, 2001 Relators Dennis J. Wyman, M.D. and Robert Rothfeder, M.D., the United States and HCA – The Healthcare Company (HCA) filed a stipulation to dismiss the complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1). Upon due consideration of the stipulation and the papers on file in this action,

IT IS HEREBY ORDERED that,

1. The complaint is DISMISSED, with prejudice, consistent with the terms of the December 14, 2000 Civil and Administrative Settlement Agreement executed by the United States and HCA.

2. The Court shall retain jurisdiction to decide issues, including jurisdictional issues, if any, concerning relator share and attorneys' fees and costs.

3. Dismissal of relators' complaint shall be without prejudice to any party's right to seek dismissal, on jurisdictional or any other grounds, of relator's claim to a share of any settlement, or to recover costs and attorneys' fees. The United States and HCA shall have the right to seek dismissal of all such collateral claims and the right to assert that there are no "proceeds" of this

6/13

*qui tam* action as defined by the False Claims Act, 31 U.S.C. § 3730(d)(1).

IT IS SO ORDERED,

This ___16th___ day of ___February___, 2001.

                                                  ROYCE C. LAMBERTH
                                                UNITED STATES DISTRICT JUDGE

Copies to:

MARY LOUISE COHEN
Phillips & Cohen
2000 Massachusetts Ave., N.W.
First Floor
Washington, DC  20036

ROGER S. GOLDMAN
Latham & Watkins
1001 Pennsylvania Avenue, N.W.
Suite 1300
Washington, D.C. 20004

MICHAEL F. HERTZ
JOYCE R. BRANDA
JONATHAN L. DIESENHAUS
JAMIE A. YAVELBERG
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC  20044

MARK E. NAGLE
DORIS D. COLES-HUFF
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C.  20001